```
IN THE UNITED STATES DISTRICT COURT
 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

BOBBY E. LEDBETTER,            )
                               )
            Plaintiff,         )
                               )
       v.                      )    1:06CV239
                               )
THEODIS BECK, et al.,          )
                               )
            Defendants.        )

**O R D E R**

On July 26, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636, and Defendant Sami Hassan filed a response to the objections.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that Defendants Dr. Pamela Love's and Dr. Sami Hassan's motions to dismiss for failure to state a claim (docket no. 17 & 23) are granted and that this action is dismissed as to these two defendants.

**IT IS FURTHER ORDERED** that Defendants Theodis Beck, Secretary of the Department of Correction, Terry Harvel, Superintendent of the Randolph Correctional Institute, and Nurse Yuerlton are dismissed sua sponte pursuant to 28 U.S.C. § 1915A for Plaintiff's failure to state a claim for relief against these Defendants and,

they being the remaining Defendants, this action be, and the same hereby is, dismissed.

This the day of October 10, 2007

/s/ N. Carlton Tilley, Jr.
United States District Judge

-2-

Case 1:06-cv-00239-NCT-RAE   Document 45   Filed 10/10/07   Page 2 of 2